UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

US Bancorp and US Bank National Association,

Plaintiffs,

v.

Stephen Sprague,

Defendant.

Civil 00-1094 JMR/FLN

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: MAY 3, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED MAY 03 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Please use new case number

CV 00-1094 JMR/JMM