ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,

Plaintiffs,

vs.

STEPHEN SPRAGUE, a/k/a STEVE SPRAGUE,

Defendant.

Civil Action No. 00-1094 JMR/FLN

~~PROPOSED ORDER~~

The Court having considered Plaintiffs' Motion For A Temporary Restraining Order, the memorandum and accompanying declarations in support thereof, and the arguments of Plaintiffs' counsel, concludes that Plaintiffs' motion for an *ex parte* temporary restraining order shall be GRANTED.

**ORDER**

IT IS HEREBY ORDERED that Defendant Stephen Sprague, a/k/a Steve Sprague, and his agents, servants, partners, employees, attorneys and all others in active concert or participation with him:

1. Shall not sell or transfer ownership of the <usbank.org> domain name to any person or entity other than Plaintiffs; and

2. Shall immediately discontinue and cease any and all use of the designation and domain name <usbank.org>, and any colorable variation thereof, and any confusingly similar designation or domain name;

FILED MAY 02 2000
JUDGMENT ENTD
DEPUTY CLERK

3. Shall immediately provide a copy of this Order to any third party that Defendant has authorized to use or register for him the designations or domain names identified in paragraph 2, including but not limited to Register.com;

4. Shall maintain the status of the <usbank.org> domain name, including but not limited to the prompt and timely payment of any fees to the domain name registrar so that the <usbank.org> domain name registration does not expire while this Order is in effect.

5. This Order shall be in effect and force for 10 days from the date of entry of this Order or until revoked or extended by further order of this Court.

~~6. The Court finds no bond is necessary under these circumstances.~~ JMR

~~7. Plaintiff's Motion For A Preliminary Injunction shall be heard by the undersigned judge of this Court on May, ___, 2000, at ___________~~ JMR.

Dated: May 2, 2000
2:10 P.M
CDT

[signature]
United States District Judge

**FINDINGS**

The Court makes this Order having considered the evidence presented and applying the *Dataphase* factors governing the issuance of a temporary restraining order. The Court finds that Plaintiffs have shown a likelihood of succeeding on the merits of its cyberpiracy claims. In particular, Plaintiffs are the owners of a federal registration of the "U S BANK" mark. Plaintiffs will likely to be able to prove that Defendant has registered, used or is trafficking in a domain name consisting of Plaintiffs' registered "U S BANK" mark, without the consent of the Plaintiffs, and with the bad faith intent to

profit from the mark. The Court also finds that Plaintiffs have shown the threat of irreparable harm unless this temporary restraining order is issued *ex parte.* Defendant's actions pose an immediate and ongoing threat to the goodwill Plaintiffs have built up in their mark. The Court concludes that the Order must be issued *ex parte* to prevent Defendant from immediately selling or transferring the domain name or immediately placing additional damaging material on the website associated with the <usbank.org> domain name. The Court further finds that the balance of hardships supports its issuance of a temporary restraining order. The Order is limited in scope and in time. The prohibition on Defendant's sale, transfer, or use of the <usbank.org> domain name will have minimal impact on Defendant. In contrast, Defendant or others who gain control of the domain name could significantly and irreparably damage Plaintiffs' valuable mark and the goodwill associated with the mark in a very short time. Furthermore, the Order simply maintains the status quo until such time as the Court can consider Plaintiffs' motion for a preliminary injunction. Finally, issuance of the Order is consistent with the public interest against misuse of the Internet as expressed in Congress' passage of the Cyberpiracy Act.

60012198.doc