UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1094 (JMR/FLN)

| | | |
|---|---|---|
| U.S. Bancorp and U.S. Bank National Association | ) | |
| v. | ) | ORDER |
| Stephen Sprague, a/k/a Steve Sprague | ) | |

Plaintiffs U.S. Bancorp and U.S. Bank National Association's motion for a temporary restraining order is granted. Pursuant to Rule 65(c) of the Federal Rules of Civil Procedure, plaintiffs are hereby ordered to deposit with the Clerk of Court for this District a security bond in the amount of $ 70.00. Plaintiffs have until the close of business on May 3, 2000, to file the bond.

Dated: May 2, 2000

JOHN R. TUNHEIM
United States District Judge

MAY 02 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK