# *United States District Court*

***District of Minnesota***

U.S. Bancorp and U.S. Bank
National Association

Plaintiff(s)

vs. Civil Case No. 00-1094 JMR/JMM

Stephen Sprague, a/k/a
Steve Sprague

Defendant(s)

## CLERK'S ENTRY OF DEFAULT

It appearing that Stephen Sprague, a/k/a Steve Sprague, defendant(s), is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**Default is hereby entered against** Stephen Sprague, a/k/a Steve Sprague

this 20th day of July, 2000.

FRANCIS E. DOSAL
Clerk of Court

By: Shirley Hansen
Deputy Clerk

(19)