UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1094(JMR/JMM)

U.S. Bancorp and U.S. Bank National Association )
)
v. ) ORDER
)
Stephen Sprague, a/k/a Steve Sprague )

**DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(B)(2)**

On September 29, 2000, the Court considered plaintiffs' application for entry of default judgment against defendant under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After considering the papers submitted in connection with the application, the papers on file in this action, and the authorities cited, and the argument of counsel, the Court finds as follows:

1. This action was filed on April 28, 2000.

2. Defendant was served with the summons and complaint on May 2, 2000.

3. Defendant did not appear in this action.

4. A default was entered against defendant on July 20, 2000.

5. Defendant is not a minor, an incompetent person or a current member of the military service.

6. Plaintiffs have established that defendant is liable to plaintiffs for a permanent injunction, statutory damages of $4,000, together with costs and reasonable attorney's fees in the amount of $2,500.

Therefore, IT IS ORDERED that:

SEP 29 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. Default judgment be entered against the defendant.

2. Defendant and his agents, servants, attorneys, and those persons in active concert or participation with any of them are hereby enjoined from registering, using, or trafficking in any domain name which is confusingly similar to <usbank.org>.

3. Plaintiffs are entitled to costs and reasonable attorney's fees in the amount of $2,500.

4. Plaintiffs are entitled to statutory damages in the amount of $4,000.

5. The judgment shall bear interest at the judgment rate from the date of entry until paid.

Dated: September 29th, 2000

JAMES M. ROSENBAUM
United States District Judge